**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-09307 JAK (MANx) | Date | August 21, 2012 |
|---|---|---|---|
| Title | Russell Acosta v. PetSmart, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On August 20, 2012, Defendant filed "Notice of Settlement" (Dkt. 50).  The Court sets an Order to Show Cause re Dismissal for October 1, 2012 at 1:30 p.m.  If the parties file a dismissal by September 26, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The September 10, 2012 Post Mediation Status Conference, October 15, 2012 hearing on the motion for class certification and summary judgment, March 25, 2012 Final Pretrial Conference, April 5, 2012 Exhibit Conference, and April 9, 2013 Jury Trial are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak