SHAWN C. WESTRICK, State Bar No. 235313
KAWAHITO SHRAGA & WESTRICK LLP
1990 S. Bundy Dr., Ste. 280
Los Angeles, CA 90025
Tel: 310.746.5300
Fax: 310.593.2520
swestrick@kswlawyers.com

Attorneys for Plaintiff
RUSSELL ACOSTA

REBECCA EISEN, State Bar No. 96129
THERESA MAK, State Bar No. 211435
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
tmak@morganlewis.com

Attorneys for Defendant
PETSMART, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RUSSELL ACOSTA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PETSMART, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br>Defendants. | Case No. LA CV 11-9307 JAK (MANx)<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS**<br><br>**JS-6**<br><br>Hon. John A. Kronstadt |

**ORDER**

Pursuant to stipulation by the parties and good cause appearing, the action entitled <u>Russell Acosta v. PetSmart, Inc., et al.</u> (Case No. LA CV 11-9307 JAK (MANx)), is hereby dismissed in its entirety.  Plaintiff's individual claims are dismissed **with prejudice** and Plaintiff's class claims are dismissed **without prejudice**.

Each party shall bear his or its own attorneys' fees and costs of suit herein.

**IT IS SO ORDERED.**

Dated: August 29, 2012

_____
Honorable John A. Kronstadt
United States District Judge