| | |
|---|---|
| 1 | SHAWN C. WESTRICK, State Bar No. 235313 |
| 2 | KAWAHITO SHRAGA & WESTRICK LLP |
|   | 1990 S. Bundy Dr., Ste. 280 |
| 3 | Los Angeles, CA 90025 |
|   | Tel: 310.746.5300 |
| 4 | Fax: 310.593.2520 |
|   | swestrick@kswlawyers.com |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | RUSSELL ACOSTA |
| 7 | |
|   | REBECCA EISEN, State Bar No. 96129 |
| 8 | THERESA MAK, State Bar No. 211435 |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | One Market, Spear Street Tower |
|   | San Francisco, CA 94105-1126 |
| 10 | Tel: 415.442.1000 |
| 11 | Fax: 415.442.1001 |
|   | reisen@morganlewis.com |
| 12 | tmak@morganlewis.com |
| 13 | |
|   | Attorneys for Defendant |
| 14 | PETSMART, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RUSSELL ACOSTA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PETSMART, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br>Defendants. | Case No. LA CV 11-9307 JAK (MANx)<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS**<br><br>**JS-6**<br><br>Hon. John A. Kronstadt |

ORDER FOR DISMISSAL
Case No. LA CV 11-9307 JAK (MANx)

1 **ORDER**

2   Pursuant to stipulation by the parties and good cause appearing, the action
3 entitled <u>Russell Acosta v. PetSmart, Inc., et al.</u> (Case No. LA CV 11-9307 JAK
4 (MANx)), is hereby dismissed in its entirety.  Plaintiff's individual claims are
5 dismissed **with prejudice** and Plaintiff's class claims are dismissed **without**
6 **prejudice**.

7   Each party shall bear his or its own attorneys' fees and costs of suit herein.

9 **IT IS SO ORDERED.**

11 Dated: August 29, 2012                    _____
                                             Honorable John A. Kronstadt
12                                           United States District Judge